IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CARL EDWARD MYERS                                PLAINTIFF

v.                   CASE No. 09- 2088

CITY OF FORT SMITH                                DEFENDANT

### ORDER

Carl Edward Myers submitted this pro se action for filing pursuant to Title VII of the Civil Rights Act. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to provisionally file the complaint and the Motion to Proceed *in forma pauperis*.

The undersigned will determine at a later time whether *in forma pauperis* status should be granted and whether the complaint should be served on the defendant.

IT SO ORDERED this 10 day of July 2009.

                                       HON. JAMES R. MARSCHEWSKI
                                       UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 1 3 2009

CHRIS R. JOHNSON, CLERK
BY
       DEPUTY CLERK